JANE V. WEST, Plaintiff, *v.* CITY OF NEW YORK, Respondent, and STARRETT BROS., INC., Appellant, Impleaded with Others.

Argued October 18, 1937; decided November 16, 1937.

526

*Walter L. Glenney* for appellant.

*Paul Windels, Corporation Counsel (James Hall Pro-thero* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.